No. 03–5993. AGUILAR FERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5995. FIMBRES-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5998. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6000. RICHESON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6001. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6009. J. O. R. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 03–6010. PACE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6014. DOWDY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6016. DEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6020. LAWLER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 03–6022. LOWERY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6026. BLAHOWSKI ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6027. PATTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6032. SALINAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6033. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6037. PEREZ-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.